# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JITTAWEE CURLY BEAR CUB,<br><br>      Defendant. | CR-05-09-GF-BMM<br>CR-07-117-GF-BMM<br>CR-18-83-GF-BMM<br><br>**ORDER** |

  Defendant Jittawee Curly Bear Cub ("Bear Cub") has completed his periods of incarceration and remains on supervised release in three criminal cases. (CR-05-09-GF-BMM; CR-07-117-GF-BMM; CR-18-83-GF-BMM.) The United States Probation Office filed a Petition for Warrant for Offender Under Supervision on July 21, 2020. (CR-05-09-GF-BMM, Doc. 94; CR-07-117-GF-BMM, Doc. 145; CR-18-83-GF-BMM, Doc. 31.) Law enforcement arrested Bear Cub on July 29, 2020. Bear Cub appeared before United States Magistrate Judge John Johnston for an initial appearance on the revocation proceedings on August 11, 2020.

1

The Court set a final hearing regarding revocation of Bear Cub's supervised release for August 18, 2020. The Court noted at the outset of the hearing that Bear Cub's Probation Officer had indicated that Bear Cub may benefit from a psychological evaluation. The Court asked each party its position regarding the psychological evaluation. Neither party objected. The Court afforded Bear Cub the option of either proceeding with the revocation hearing or undergoing the evaluation. Bear Cub elected to undergo the psychological evaluation. The Court will defer ruling on revocation of Bear Cub's supervised release until it receives the results of the psychological evaluation.

Accordingly, **IT IS ORDERED** that:

1. Bear Cub shall undergo a psychological evaluation to determine whether he is presently suffering from a mental disease or defect which renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him. 18 U.S.C. § 4241(a).

2. The United States Marshals Service is directed to request that the Bureau of Prisons designate the federal facility where Bear Cub will be evaluated, with preference given to Federal Detention Center SeaTac.

3. The United States Marshals Service shall notify the Court when it receives notice of the facility that the Bureau of Prisons has designated.

4.      The Revocation Hearing set for August 18, 2020, is **VACATED** to be reset, if appropriate, by further order of the Court.

5.      The Clerk is directed to notify the parties and the United States Marshals Service of the entry of this Order.

DATED this 18th day of August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court