IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>JITTAWEE BEARCUB,<br><br>      Defendant. | CR 05-09-GF-BMM |

On January 31, 2024, the Court ordered the defendant undergo a mental health evaluation for Psychiatric Exam pursuant to 18 U.S.C. 4244(b) (Doc. 160). On February 14, 2024, Defendant, Jittawee Bear Cub (Bear Cub) was designated to Metropolitan Detention Center-Los Angeles (MDC) for his evaluation.

On March 18, 2024, the Court received by e-mail an extension request from D.J. Salva, Acting Warden, MDC, where Bear Cub is being evaluated, requesting a 15 day extension of the start of Bear Cub's evaluation.

Accordingly, **IT IS ORDERED** that an extension of the evaluation of Bear Cub is **GRANTED**. Bear Cub's evaluation began on March 12, 2024. The final report will be submitted to the Court no later than June 12, 2024. The Clerk of Court will e-mail this order to Dr. E. Morse at Emorse@bop.gov. Any

correspondence from Dr. Morse or MDC regarding Bear Cub will be e-mailed to **sara_luoma@mtd.uscourts.gov.**

DATED this 20th day of March, 2024.

*(signature)*

Brian Morris
United States District Court Judge