IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JITTAWEE CURLY BEAR CUB, Defendant. | CR 05-09-GF-BMM-JTJ<br>CR 07-117-GF-BMM-JTJ<br>CR 22-53-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

### I. Synopsis

Defendant Jittawee Curly Bear Cub (Bear Cub) has been accused of violating a condition of his supervised release in Cause Nos. 05-09 (Doc. 152), 07-117 (Doc. 201), and No. 22-53 (Doc. 24). Bear Cub admitted the alleged violation. Bear Cub's supervised release should be revoked. In Cause No. 05-09, Bear Cub should be placed in custody until December 11, 2024, with a lifetime of supervised release to follow. In Cause No. 07-117, Bear Cub should be placed in custody until December 11, 2024, with 4 months of supervised release to follow. In Cause No. 22-53, Bear Cub shall be placed in custody until December 11, 2024, with 49 months of supervised release to follow. The sentences shall run concurrently. On

December 12, 2024, Bear Cub should be placed in residential re-entry center at the direction of his probation officer for the first 180 days of his Supervised Release.

## II. Status

In Cause No. 05-09, Bear Cub was found guilty by a jury of his peers on August 10, 2005, of the offense of Abusive Sexual Contact Without Permission, in violation of 18 U.S.C Section 2244(a)(1) as charged in Count II of the Indictment. (Doc.42). Bear Cub was sentenced to 41 months of custody followed by a lifetime of supervised release. (Doc 54). Bear Cub's current term of supervised release began on January 12, 2024. (Doc. 152).

In Cause No. 07-117, Bear Cub plead guilty on October 16, 2007, to the offense of Second Degree Murder in violation of 18 U.S.C. Sections 1153(a) and 1111(a)(1) as charged in the Indictment. (Doc. 10). Bear Cub was sentenced to 188 months of custody followed by 5 years of supervised release. (Doc. 23). Bear Cub's current term of supervised release began on January 12, 2024.

In Cause No. 22-53, Bear Cub plead guilty on August 22, 2022, to the offense of Failure to Register as a Sex Offender, in violation of 18 U.S.C Section 2250 as charged in the Indictment. (Doc.13). Bear Cub was sentenced to 8 months of custody followed by 5 years of supervised release. (Doc. 21).

### Petition

On January 24, 2024, the United States Probation Office filed a Petition in Cause Nos. 05-09 (Doc. 152), 07-117 (Doc. 201), and 22-53 (Doc. 24), on January 24, 2024, requesting that the Court revoke Bear Cub's supervised release. The Petition alleged Bear Cub violated a condition of his supervised release by using methamphetamine on January 22, 2024.

### Initial Appearance

Bear Cub appeared before the Court on January 30, 2024. Bear Cub was represented by counsel. Bear Cub stated that he had read the Petition and that he understood the allegation against him. Bear Cub waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on January 30, 2024. Bear Cub admitted that he had violated the condition of supervised release as set forth in the Petition (Doc. 152 in Cause No. 05-09; Doc. 201 in Cause No. 07-117; and Doc. 24 in Cause No. 22-53) by using methamphetamine on January 22, 2024. The Court ordered that Bear Cub undergo a mental health evaluation to assist the Court in sentencing. (Doc. 160 in Cause No. 05-09; Doc. 209 in Cause No. 07-117 and Doc. 32 in Cause No. 22-53).

**Sentencing hearing**

Bear Cub appeared before the Court on May 7, 2024. The parties agreed that Bear Cub was competent to proceed to sentencing. The Court noted that Bear Cub had previously admitted to violating the terms of his supervised release as set forth above. Bear Cub's violation is a Grade C violation. His criminal history category is V. Bear Cub's underlying offense is a Class C felony in Cause No. 05-09; Class A felony in Cause No. 07-117 and a Class C felony in Cause No. 22-53. Bearcup could be incarcerated for up to 24 months in Cause No. 05-09; up to 60 months in Cause No. 07-117; and up to 24 months in Cause No. 22-53. Bear Cub could be ordered to remain on supervised release for lifetime in Cause No. 05-09; for 15 months less any custody time in Cause No. 07-117; and for 60 months less any custody time in Cause No. 22-53. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months in Cause No. 05-09; 4 to 10 months in Cause No. 07-117; and 7 to 13 months in Cause No. 22-53.

### III. Analysis

Bear Cub's supervised release should be revoked. In Cause No. 05-09, Bear Cub should be placed in custody until December 11, 2024, with a lifetime of supervised release to follow. In Cause No. 07-117, Bear Cub should be placed in custody until December 11, 2024, with 4 months of supervised release to follow. In Cause No. 22-53, Bear Cub shall be placed in custody until December 11, 2024,

with 49 months of supervised release to follow. Bear Cub should be placed in residential re-entry center. On December 12, 2024, Bear Cub should be placed in residential re-entry center at the direction of his probation officer for the first 180 days of his Supervised Release.

This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Bear Cub that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Bearcup of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Bear Cub that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose. Bear Cub stated that he wished to waive his right to object to these Findings and Recommendations, and that he wished to waive his right to allocate before Judge Morris.

The Court **FINDS**:

> That Jittawee Curly Bear Cub has violated the conditions of his supervised release by using methamphetamine on January 22, 2024.

The Court **RECOMMENDS:**

> That the District Court revoke Bear Cub's supervised release and in Cause No. 05-09, commit Bear Cub to the custody of the United States Bureau of Prisons until December 11, 2024, with a lifetime of supervised release

to follow. In Cause No. 07-117, it is recommended that the District Court revoke Bear Cub's supervised release and commit Bear Cub to the custody of the United States Bureau of Prisons until December 11, 2024, with 4 months of supervised release to follow. In Cause No. 22-53, it is recommended that the District Court revoke Bear Cub's supervised release and commit Bear Cub to the custody of the United States Bureau of Prisons until December 11, 2024, with with 49 months of supervised release to follow. On December 12, 2024, Bear Cub should be placed in a residential re-entry center at the direction of his probation officer for the first 180 days of his Supervised Release.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocate before a district court judge.

DATED this 9th day of May 2024.

John Johnston
United States Magistrate Judge