# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

JITTAWEE CURLY BEAR CUB,

              Defendant.

CR-05-09-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 7, 2026. (Doc. 222.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on April 6, 2026. (Doc. 221.) The United States accused Jittawee Bear Cub (Bear Cub) of violating the conditions of his supervised release by: (1) failing to participate in substance abuse testing by failing to report for sweat patch removal on January 9, 2026; (2) communicating or

interacting with someone he knew was engaged in criminal activity on January 10, 2026; (3) failing to participate in sex offender treatment on January 13th, January 17th, and January 19th, 2026; (4) using methamphetamine on January 17, 2026; and by consuming alcohol. (Docs. 208 and 216.)

At the revocation hearings, Bear Cub admitted that he had violated conditions 2-5 of supervised release as set forth the Petition. The Government moved to dismiss alleged violation 1, which Judge Johnston granted. (Doc. 210 Judge Johnston recommended a sentence of custody of time served with lifetime supervised release to follow. (Doc. 221.) The Court advised Bear Cub of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 221.)

The violations Bear Cub admitted prove serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 222) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Jittawee Curly Bear Cub be sentenced for a term of custody of time served, with a lifetime of supervised release to follow.

DATED this 6th day of April 2026.

Brian Morris, Chief District Judge
United States District Courts