**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-05-09-GF-BMM |
| Plaintiff, | |
| vs. | |
| JITTAWEE CURLY BEAR CUB, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 30, 2026. (Doc. 233.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on April 29, 2026. (Doc. 229.) The United States accused Jittawee Bearcub (Bearcub) of violating the conditions of his supervised release by: (1) failing to report for his scheduled polygraph exam on April 18, 2026; (2) failing to take his psychotropic medications during April of 2026; and (3) consuming alcohol and purchasing alcohol for minors on April 20, 2026..  (Doc. 226.)

At the revocation hearing, Bearcub admitted that he had violated conditions 1 and 2 of his supervised release as set forth the Petition. The Government moved to dismiss alleged violation 3, which Judge Johnston granted.  Judge Johnston recommended a sentence of custody of 3 months, with 32 months supervised release to follow. (Doc. 233.) The Court advised  Bearcub of his right to appeal and to allocute before the undersigned.  He waived those rights.  (Doc. 229.)

The violations Bearcub admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 233) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Jittawee Bearcub be sentenced for a term of 3 months with 32 months of supervised release to follow.

DATED this 30th day of April 2026.

Brian Morris, Chief District Judge
United States District Court